UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL JOHNSON,<br><br>          Plaintiff,<br><br>    v.<br><br>A. JOHNSON, et al.,<br><br>          Defendants. | Case No. 2:18-cv-09740-SVW-JC<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Judgment be entered dismissing this action without prejudice.

    IT IS SO ADJUDGED.

DATED: January 29, 2021

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE